Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Tony M. DiTullio**
   Debtor(s)

Bankruptcy Case No.: 17−21819−CMB

Chapter: 13
Docket No.: 55 − 54
Concil. Conf.: June 18, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **April 27, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **May 11, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **June 18, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 11, 2020

                                                                Carlota M. Bohm
                                                                 United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

```
United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-21819-CMB
Tony M. DiTullio                                                    Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2         User: gamr              Page 1 of 2         Date Rcvd: Mar 11, 2020
                             Form ID: 410            Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
db          +Tony M. DiTullio,    490 McKinley Road,    Darlington, PA 16115-3108
cr          +PHH MORTGAGE CORPORATION,    14841 Dallas Pkwy Suite 425,    Dallas, TX 75254-8067
cr          +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14413334    +Butler Armco CU,    101 Hollywood Drive,    Butler, PA 16001-7607
14413335    +Butler County Tax Bureau,    ATTN: Janet L. Mentel,    PO Box 1208,    Butler, PA 16003-1208
14413337    +Citi,   P.O. Box 6241,    Sioux Falls, SD 57117-6241
14413339    +Clarion County Tax Claim Bureau,    330 Main Street, Room 101,    Clarion, PA 16214-1073
14413343    +Internal Revenue Service,    Dept. of Treasury,    PO Box 9052,    Kansas City, MO 64168-9052
14675120   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,     ATTN: Bankruptcy Department,
               PO Box 619096,    Dallas, TX 75261-9741)
14658696    +PHH MORTGAGE CORPORATION,    1 MORTGAGE WAY, MAILSTOP: SV01,    MT. LAUREL NJ 08054-4624
14413344    +PHH Mortgage,    PO Box 5452,   Mount Laurel, NJ 08054-5452
14413345    +PNC Mortgage,    P.O. Box 1820,   Dayton, OH 45401-1820
14660281    +Peoples TWP LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
               Pittsburgh, PA 15233-1828
14756532    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
14791375     eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14640730     E-mail/Text: ally@ebn.phinsolutions.com Mar 12 2020 03:29:30     Ally Bank,   PO Box 130424,
               Roseville MN 55113-0004
14413333    +E-mail/Text: ally@ebn.phinsolutions.com Mar 12 2020 03:29:30     Ally Financial,
               PO Box 380901,    Minneapolis, MN 55438-0901
14413336     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 12 2020 03:31:28     Capital One Bank,
               PO Box 71083,    Charlotte, NC 28272-1083
14637233     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 12 2020 03:31:28
               Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
14413340     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 12 2020 03:29:47     Comenity Bank,
               PO Box 182789,    Columbus, OH 43218-2789
14413341     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 12 2020 03:29:47     Comenity Capital/Boscov,
               PO Box 659622,    San Antonio, TX 78265-9622
14413342     E-mail/Text: mrdiscen@discover.com Mar 12 2020 03:29:32     Discover,   P.O. Box 15192,
               Wilmington, DE 19850-5192
14417013     E-mail/Text: mrdiscen@discover.com Mar 12 2020 03:29:32     Discover Bank,
               Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
14664560     E-mail/PDF: resurgentbknotifications@resurgent.com Mar 12 2020 03:32:18
               LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14678810    +E-mail/Text: bankruptcydpt@mcmcg.com Mar 12 2020 03:30:24     MIDLAND FUNDING LLC,
               PO BOX 2011,   WARREN, MI 48090-2011
14413572    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 12 2020 03:32:20
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14519888     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 12 2020 03:30:07
               Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
               Harrisburg P A 17128-0946
14672970     E-mail/Text: bnc-quantum@quantum3group.com Mar 12 2020 03:29:54
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
14413346    +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2020 03:32:06     SYNCB/Sam's,   PO Box 965005,
               Orlando, FL 32896-5005
14685399    +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2020 03:31:45     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
14413347    +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2020 03:32:06     Synchrony bank,   PO Box 965005,
               Orlando, FL 32896-5005
                                                                                             TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            NATIONSTAR MORTGAGE LLC
cr            Nationstar Mortgage LLC
cr            PHH Mortgage Corporation
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*          +Peoples TWP LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
cr*           eCAST Settlement Corporation,    PO Box 29262,    New York, NY 10087-9262
14413338*    +Citi,   P.O. Box 6241,    Sioux Falls, SD 57117-6241
14519899*     Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                Harrisburg P A 17128-0946
14887408*    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
                                                                                  TOTALS: 3, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0315-2          User: gamr              Page 2 of 2              Date Rcvd: Mar 11, 2020
                              Form ID: 410            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:

```
          James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    PHH Mortgage Corporation pawb@fedphe.com
          Jerome B. Blank    on behalf of Creditor    PHH Mortgage Corporation pawb@fedphe.com
          Jodi L. Hause    on behalf of Creditor    PHH Mortgage Corporation jodi.hause@phelanhallinan.com,
           pawb@fedphe.com
          Lauren M. Lamb    on behalf of Debtor Tony M. DiTullio
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
           teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
           dl-steinberg.com
          Lisa   Cancanon    on behalf of Creditor    Specialized Loan Servicing LLC lisac@w-legal.com
          Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 10
```