IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Tony M. DiTullio, ) | Bankruptcy No. 17-21819-CMB |
| ) | Chapter 13 |
|     Debtor ) | |
| ) | |
| Steidl & Steinberg, P.C. ) | Related to: Document No. 63 |
| ) | |
|     Movant ) | **ENTERED BY DEFAULT** |
| ) | |
|     vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. ) | |
| Winnecour, Trustee, Ally Bank, Ally ) | |
| Financial, Butler Armco CU, Butler County ) | |
| Tax Claim Bureau, Capital One Bank, Capital ) | |
| One Bank (USA), N.A., Citi, Clarion County ) | |
| Tax Claim Bureau, Comenity Bank, ) | |
| Comenity Bank/Boscov, Discover, Discover ) | |
| Bank, Internal Revenue Service, LVNV ) | |
| Funding, LLC, Midland Funding, LLC, ) | |
| Nationstar Mortgage, LLC, PHH Mortgage ) | |
| Corporation, PNC Mortgage, PRA ) | |
| Receivables Management, LLC, Pennsylvania ) | |
| Department of Revenue, Peoples TWP, LLC, ) | |
| Quantum3 Group, LLC, SYNCB/Sam's, ) | |
| Specialized Loan Servicing, LLC, Synchrony ) | |
| Bank and eCAST Settlement Corporation, ) | |
| ) | |
|     Respondents ) | |

**ORDER OF COURT**

AND NOW, to-wit this ___20th___ day of ___May___, 2020, after consideration of

the Application for Interim Compensation by Counsel for Debtor it is hereby ORDERED,

ADJUDGED and DECREED that:

1) The Application for Interim Compensation is approved in the additional amount of $1,500.00 for work performed in the Chapter 13 case by Debtor's counsel from February 17, 2017 to April 30, 2020.

2) The Debtor paid his counsel for administrative costs and expenses totaling $500.00 prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3) Before the approval of this Fee Application, the Debtor's counsel was paid a $0.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $4,000.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $5,500.00, provided, however, the total to be paid through the Plan by the Trustee is $5,500.00 (representing the $4,000.00 previously approved to be paid (as set forth above), and an additional $1,500.00.

4) The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan.

5) No amended Chapter 13 Plan is needed as the additional fees were included in the confirmed Chapter 13 Plan dated April 6, 2020.

6) The clerk shall record the total compensation as $5,500.00, the entire amount of which is to be paid through the Trustee under the Plan.

XXXXXXXXXXXXXXXXX

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

FILED
5/20/20 1:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Tony M. DiTullio  
    Debtor

Case No. 17-21819-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: May 20, 2020  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2020.  
db         +Tony M. DiTullio,   490 McKinley Road,   Darlington, PA 16115-3108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2020 at the address(es) listed below:

         James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
         James A. Prostko    on behalf of Creditor    PHH Mortgage Corporation pawb@fedphe.com  
         Jerome B. Blank    on behalf of Creditor    PHH Mortgage Corporation pawb@fedphe.com  
         Lauren M. Lamb    on behalf of Debtor Tony M. DiTullio  
          julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
         Lisa Cancanon    on behalf of Creditor    Specialized Loan Servicing LLC lisac@w-legal.com  
         Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
         Thomas Song    on behalf of Creditor    PHH Mortgage Corporation pawb@fedphe.com  
         Thomas Song    on behalf of Creditor    Specialized Loan Servicing LLC pawb@fedphe.com  
                                                                                         TOTAL: 11