Form 151

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Tony M. DiTullio**
   Debtor(s)

Bankruptcy Case No.: 17–21819–CMB

Chapter: 13
Docket No.: 75 – 74
Concil. Conf.: February 25, 2021 at 09:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __5th_____ day of ___January_____, _2021_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

      U.S. First Class Mail

on the respondent(s) at (list names and addresses here):

      All parties listed on the attached mailing matrix.

Executed on ___January 5, 2021_____     ___/s/ Lauren M. Lamb_____
             (Date)                                                (Signature)

__Lauren M. Lamb, 707 Grant Street, Suite 2830, Pittsburgh, Pa 15219_____
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-21819-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Jan  5 08:13:05 EST 2021 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438-0901 |
| Jerome B. Blank<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Philadelphia, PA 19103-1821 | Butler Armco CU<br>101 Hollywood Drive<br>Butler, PA 16001-7607 | Butler County Tax Bureau<br>ATTN: Janet L. Mentel<br>PO Box 1208<br>Butler, PA 16003-1208 |
| Lisa Cancanon<br>Weinstein & Riley, P.S.<br>11101 West 120th Avenue<br>#280<br>Broomfield, CO 80021-2756 | Capital One Bank<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Citi<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 | (p)CLARION COUNTY TAX CLAIM BUREAU<br>421 MAIN STREET SUITE 22<br>CLARION PA 16214-1057 | Comenity Bank<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| Comenity Capital/Boscov<br>PO Box 659622<br>San Antonio, TX 78265-9622 | Tony M. DiTullio<br>490 McKinley Road<br>Darlington, PA 16115-3108 | Discover<br>P.O. Box 15192<br>Wilmington, DE 19850-5192 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Internal Revenue Service<br>Dept. of Treasury<br>PO Box 9052<br>Kansas City, MO 64168-9052 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090-2011 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PHH MORTGAGE CORPORATION<br>14841 Dallas Pkwy Suite 425<br>Dallas, TX 75254-8067 |
| PHH MORTGAGE CORPORATION<br>1 MORTGAGE WAY, MAILSTOP:  SV01<br>MT. LAUREL NJ 08054-4624 | PHH Mortgage<br>PO Box 5452<br>Mount Laurel, NJ 08054-5452 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Department of Revenue<br>Bankruptcy division, P O Box 280946<br>Harrisburg P A 17128-0946 |

| | | |
|---|---|---|
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples TWP LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | James A. Prostko<br>Phelan Hallinan Diamond & Jones, LLP<br>Omni William Penn Office Tower<br>555 Grant Street<br>Suite 300<br>Pittsburgh, PA 15219-4408 |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | SYNCB/Sam's<br>PO Box 965005<br>Orlando, FL 32896-5005 | Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |
| Thomas Song<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129-2386 | Specialized Loan Servicing LLC<br>6200 S. Quebec Street<br>Greenwood Village, CO 80111-4720 |
| Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony bank<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| Matthew Christian Waldt<br>Milstead & Associates, LLC<br>1 East Stow Road<br>Marlton, NJ 08053-3118 | S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Charles Griffin Wohlrab<br>Robertson, Anschutz, Schneid & Crane LLC<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097-8461 | eCAST Settlement Corporation<br>PO Box 29262<br>New York, NY 10087-9262 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Clarion County Tax Claim Bureau<br>330 Main Street, Room 101<br>Clarion, PA 16214 | Nationstar Mortgage LLC<br>ATTN: Bankruptcy Department<br>PO Box 619096<br>Dallas, TX 75261-9741 | PNC Mortgage<br>P.O. Box 1820<br>Dayton, OH 45401 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)NATIONSTAR MORTGAGE LLC | (du)Nationstar Mortgage LLC | (u)Newrez LLC D/B/A Shellpoint Mortgage Servi |

```
(u)PHH Mortgage Corporation        (d)PRA Receivables Management, LLC    (d)Peoples TWP LLC
                                   PO Box 41021                          c/o S. James Wallace, P.C.
                                   Norfolk, VA 23541-1021                845 N. Lincoln Avenue
                                                                         Pittsburgh, PA 15233-1828


(d)eCAST Settlement Corporation    End of Label Matrix
PO Box 29262                       Mailable recipients    46
New York NY 10087-9262             Bypassed recipients     7
                                   Total                  53
```