IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Tony M. DiTullio, | ) | Bankruptcy No. 17-21819-CMB |
| | ) | Chapter 13 |
| Debtor | ) | Document No. |
| | ) | |
| Steidl & Steinberg, P.C. | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, Trustee, Ally Bank, Ally Financial, Butler Armco CU, Butler County Tax Claim Bureau, Capital One Bank, Capital One Bank (USA), N.A., Citi, Clarion County Tax Claim Bureau, Comenity Bank, Comenity Bank/Boscov, Discover, Discover Bank, Internal Revenue Service, LVNV Funding, LLC, Midland Funding, LLC, Nationstar Mortgage, LLC, PHH Mortgage Corporation, PNC Mortgage, PRA Receivables Management, LLC, Pennsylvania Department of Revenue, Peoples TWP, LLC, Quantum3 Group, LLC, SYNCB/Sam's, Specialized Loan Servicing, LLC, Synchrony Bank and eCAST Settlement Corporation, | ) | re doc. 79 |
| Respondents | ) | |

**ENTERED BY DEFAULT**

<u>**ORDER OF COURT**</u>

AND NOW, to-wit this ___22nd___ day of ___March___, 2021, after consideration of the Application for Interim Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1) The Application for Interim Compensation is approved in the additional amount of $2,770.00 for work performed in the Chapter 13 case by Debtor's counsel from May 1, 2020 to March 2, 2021.

2) The Debtor paid his counsel for administrative costs and expenses totaling $500.00 prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3) Before the approval of this Fee Application, the Debtor's counsel was paid a $0.00 retainer prior to filing, has been paid, or is approved (in prior plan(s)) to be paid, $4,000.00 by the Chapter 13 Trustee and was approved by Order of Court dated May 20, 2020 for an additional $1,500.00 in compensation. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $8,270.00, all of which will be paid by the Chapter 13 Trustee.

4) The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan.

5) No amended Chapter 13 Plan is needed as the additional fees were included in the confirmed Chapter 13 Plan dated December 30, 2020.

6) The clerk shall record the total compensation as $8,270.00, the entire amount of which is to be paid through the Trustee under the Plan.

FILED
3/22/21 9:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                         Case No. 17-21819-CMB
Tony M. DiTullio                                                                                                    Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                    User: dsaw                                                 Page 1 of 2
Date Rcvd: Mar 22, 2021                         Form ID: pdf900                                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2021:**

**Recip ID           Recipient Name and Address**
db                      + Tony M. DiTullio, 490 McKinley Road, Darlington, PA 16115-3108

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2021                                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2021 at the address(es) listed below:**

**Name                           Email Address**

Brian Nicholas
                              on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
                              on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing cwohlrab@raslg.com

James A. Prostko
                              on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com

Jerome B. Blank
                              on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com

Lauren M. Lamb
                              on behalf of Debtor Tony M. DiTullio
                              julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Lisa Cancanon
    on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com  Llombardi06@law.du.edu

Matthew Christian Waldt
    on behalf of Creditor Nationstar Mortgage LLC mwaldt@milsteadlaw.com  bkecf@milsteadlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com

Thomas Song
    on behalf of Creditor Specialized Loan Servicing LLC pawb@fedphe.com

Thomas Song
    on behalf of Creditor PHH MORTGAGE CORPORATION pawb@fedphe.com

TOTAL: 13