**Fill in this information to identify the case:**

Debtor 1: Tony M. DiTullio

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Western District of Pennsylvania (State)

Case number: 17-21819-CMB

RECEIVED
MAR 31 2021
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLANIA

Form 4100R

## Response to Notice That Mortgage Claim Has Been Paid in Full    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Statement / Response Date: 03/24/2021

Name of creditor: Specialized Loan Servicing LLC

Court claim no. (if known): 16-1

Last 4 digits of any number you use to identify the debtor's account: 0493

Property address: 126 Deshon Ct
Number    Street

Butler, Pennsylvania 16001
City    State    ZIP Code

### Part 2: Prepetition Default Payments

Check One:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: _____

### Part 3: Postpetition Mortgage Payment

Check one

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: *_____
MM / DD / YYYY

**\*Total Debt Claim - Loan Paid in Full**

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| Debtor 1 | Tony M. DiTullio | Case number (if known) | 17-21819-CMB |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

a. Total postpetition ongoing payments due: (a) $0.00

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $0.00

c. **Total**. Add lines a and b. (c) $0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   MM / DD / YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X _____    Date  3/29/2021
  Signature

| Print | Mukta Suri | Title | Authorized Agent for Specialized Loan Servicing, LLC |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

Company   Bonial & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   P.O. Box 9013
          Number        Street

          Addison, Texas 75001
          City        State        ZIP Code

Contact phone   (972) 643-6600    Email  POCInquiries@BonialPC.com

### CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before March 29, 2021 via electronic notice unless otherwise stated.

**Debtor**          *Via U.S. Mail*
Tony M. DiTullio
490 McKinley Road
Darlington, PA 16115

**Debtors' Attorney**
Lauren M. Lamb
Steidl & Steinberg
707 Grant Street
28th Floor - Gulf Tower
Pittsburgh, PA 15219

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219

RECEIVED
MAR 31 2021
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

Respectfully Submitted,

Mukta Suri

FINAL CURE NOTICE - CERTIFICATE OF SERVICE                              5120-N-9146

# Bonial & Associates, P.C.

14841 Dallas Parkway, Suite 425  ◆  Dallas, Texas 75254  ◆  (972) 643-6600  ◆  (972) 643-6698 (Fax)

March 29, 2021

Clerk
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
600 Grant Street
Pittsburgh, PA 15219

RE:
DEBTORS:        Tony M. DiTullio
OUR CLIENT:     Specialized Loan Servicing, LLC
OUR FILE NO.:   5120-N-9146
CASE NO.:       17-21819-CMB

Dear Clerk:

Enclosed please find an original and copies of the Response to Notice That Mortgage Claim Has Been Paid in Full in the above-referenced matter. Please file the original and return file-stamped copies in the enclosed stamped, self-addressed envelope at your earliest convenience. If you have any questions, please contact our office at (972) 643-6600.

Thank you in advance for your assistance.

Very truly yours,

Bonial & Associates, P.C.
Mukta Suri
Authorized Agent for Specialized Loan Servicing, LLC
Phone:  972-499-8554
Fax:    972-499-8474
E-mail: Mukta.Suri@BonialPC.com

Enclosure

LtrToCrt_Ver01                                   1                                    5120-N-9146