# PROCEEDING MEMO

**Date: 09/14/2021 02:30 pm**

**In re:   Tony M. DiTullio**

> **Bankruptcy No. 17-21819-CMB**
> **Chapter: 13**
> **Doc. # 94**

**Appearances: Kate DeSimone, Charles G. Wohlrab**

**Nature of Proceeding: #94 Continued Hearing Re: Trustee's Motion To Deem Mortgage Paid in Full and To Compel Production of Proof of Satisfaction**

**Additional Pleadings: #96 Response by Specialized Loan Servicing LLC**
             **#99 Proceeding Memo from 06/08/2021 Zoom Hearing - Continued to 09/14/2021 at 2:30 p.m.  Attorney Katz indicated that he will withdraw Motion once satisfaction is filed and recorded**

**Judge's Notes:**
  -Attorney Wohlrab indicated that mortgage has been paid in full. However, a satisfaction has not been recorded yet.
  OUTCOME: Trustee DeSimone to file a revised proposed order on or before 9/20. Order will be entered.

> **Carlota Böhm**
> **Chief U.S. Bankruptcy Judge**
>
> FILED
> 9/15/21 10:13 am
> CLERK
> U.S. BANKRUPTCY
> COURT - WDPA