IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Tony M. Ditullio | : | Case No. 17-21819-CMB |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Document #94 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Specialized Loan Servicing, LLC | : | Hearing Date: |
| | : | |
| Respondent(s) | : | |

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Trustee's Motion and responses thereto, it is ORDERED that the Trustee's Motion is granted. Specialized Loan Servicing, LLC is hereby ORDERED to provide to the Trustee and Debtor's counsel documentary proof of satisfaction of Debtor's mortgage within 60 days of this Order.

_____
Carlota M. Böhm
United States Bankruptcy Judge