IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Tony M. Ditullio | : | Case No. 17-21819-CMB |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Document #94 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Specialized Loan Servicing, LLC | : | |
| | : | |
| Respondent(s) | : | |

## **ORDER**

AND NOW, this __17th__ day of __September__, 2021, upon consideration of the Trustee's Motion and responses thereto, it is ORDERED that the Trustee's Motion is granted. Specialized Loan Servicing, LLC is hereby ORDERED to provide to the Trustee and Debtor's counsel documentary proof of satisfaction of Debtor's mortgage within 60 days of this Order.

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

FILED
9/17/21 10:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                   Case No. 17-21819-CMB
Tony M. DiTullio                                                                                  Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: gamr                                                           Page 1 of 2
Date Rcvd: Sep 17, 2021                  Form ID: pdf900                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2021:**

**Recip ID**                **Recipient Name and Address**
db                     +   Tony M. DiTullio, 490 McKinley Road, Darlington, PA 16115-3108

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2021                                 Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Specialized Loan Servicing LLC cwohlrab@raslg.com |
| Charles Griffin Wohlrab | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| James A. Prostko | on behalf of Creditor PHH Mortgage Corporation jprostko@c-vlaw.com  jamesprostko@gmail.com |
| Jerome B. Blank | on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com |
| Lauren M. Lamb | on behalf of Debtor Tony M. DiTullio |

District/off: 0315-2 | User: gamr | Page 2 of 2
Date Rcvd: Sep 17, 2021 | Form ID: pdf900 | Total Noticed: 1

julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lisa Cancanon
on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com  Llombardi06@law.du.edu

Matthew Christian Waldt
on behalf of Creditor Nationstar Mortgage LLC mwaldt@milsteadlaw.com  bkecf@milsteadlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com

Thomas Song
on behalf of Creditor Specialized Loan Servicing LLC pawb@fedphe.com

Thomas Song
on behalf of Creditor PHH MORTGAGE CORPORATION pawb@fedphe.com

TOTAL: 14