Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Tony M. DiTullio** | : | Case No. 17−21819−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

  *AND NOW,* this ***The 4th of February, 2022,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

  (1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

  (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

  (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

  (4)  The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Tony M. DiTullio  
    Debtor

Case No. 17-21819-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Feb 04, 2022      Form ID: 309      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tony M. DiTullio, 490 McKinley Road, Darlington, PA 16115-3108 |
| cr | + | PHH MORTGAGE CORPORATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14413334 | + | Butler Armco CU, 101 Hollywood Drive, Butler, PA 16001-7607 |
| 14413335 | + | Butler County Tax Bureau, ATTN: Janet L. Mentel, PO Box 1208, Butler, PA 16003-1208 |
| 14413339 | ++ | CLARION COUNTY TAX CLAIM BUREAU, 421 MAIN STREET SUITE 22, CLARION PA 16214-1057 address filed with court:, Clarion County Tax Claim Bureau, 330 Main Street, Room 101, Clarion, PA 16214 |
| 14413343 | + | Internal Revenue Service, Dept. of Treasury, PO Box 9052, Kansas City, MO 64168-9052 |
| 14675120 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 15295400 | + | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14887408 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14756532 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15443755 | + | U.S. Bank Trust National Association et al, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Feb 05 2022 04:13:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14640730 | | EDI: GMACFS.COM | Feb 05 2022 04:13:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14413333 | + | EDI: GMACFS.COM | Feb 05 2022 04:13:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14413336 | | EDI: CAPITALONE.COM | Feb 05 2022 04:13:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14637233 | | EDI: CAPITALONE.COM | Feb 05 2022 04:13:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14413337 | + | EDI: CITICORP.COM | Feb 05 2022 04:13:00 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14413340 | | EDI: WFNNB.COM | Feb 05 2022 04:13:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14413341 | | EDI: WFNNB.COM | Feb 05 2022 04:13:00 | Comenity Capital/Boscov, PO Box 659622, San Antonio, TX 78265-9622 |
| 14413342 | | EDI: DISCOVER.COM | Feb 05 2022 04:13:00 | Discover, P.O. Box 15192, Wilmington, DE 19850-5192 |
| 14417013 | | EDI: DISCOVER.COM | Feb 05 2022 04:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14664560 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2022 23:14:04 | LVNV Funding, LLC its successors and assigns |

Case 17-21819-CMB   Doc 114   Filed 02/06/22   Entered 02/07/22 00:19:34   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Feb 04, 2022 | Form ID: 309 | Total Noticed: 35 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14678810 | + | EDI: MID8.COM | Feb 05 2022 04:13:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14658696 | + | EDI: LCIPHHMRGT | Feb 05 2022 04:13:00 | PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAILSTOP: SV01, MT. LAUREL NJ 08054-4624 |
| 14413344 | + | EDI: LCIPHHMRGT | Feb 05 2022 04:13:00 | PHH Mortgage, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 14413345 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 04 2022 23:10:00 | PNC Mortgage, P.O. Box 1820, Dayton, OH 45401 |
| 14413572 | + | EDI: RECOVERYCORP.COM | Feb 05 2022 04:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14519888 | | EDI: PENNDEPTREV | Feb 05 2022 04:13:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14519888 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 04 2022 23:10:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14660281 | + | Email/Text: ebnpeoples@grblaw.com | Feb 04 2022 23:10:00 | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14672970 | | EDI: Q3G.COM | Feb 05 2022 04:13:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14413346 | + | EDI: RMSC.COM | Feb 05 2022 04:13:00 | SYNCB/Sam's, PO Box 965005, Orlando, FL 32896-5005 |
| 15295400 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 04 2022 23:10:00 | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14685399 | + | EDI: RMSC.COM | Feb 05 2022 04:13:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14413347 | + | EDI: RMSC.COM | Feb 05 2022 04:13:00 | Synchrony bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14791375 | | Email/PDF: bncnotices@becket-lee.com | Feb 04 2022 23:14:03 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC |
| cr | | Newrez LLC D/B/A Shellpoint Mortgage Servicing |
| cr | | PHH Mortgage Corporation |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14413338 | *+ | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14519899 | * | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |

TOTAL: 5 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2022 | Form ID: 309 | Total Noticed: 35 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 06, 2022            Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Charles Griffin Wohlrab | on behalf of Creditor Specialized Loan Servicing LLC cwohlrab@raslg.com |
| James A. Prostko | on behalf of Creditor PHH Mortgage Corporation jprostko@c-vlaw.com  jamesprostko@gmail.com |
| Jerome B. Blank | on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com |
| Karina Velter | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-A kvelter@hoflawgroup.com, ckohn@hoflawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Tony M. DiTullio julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lisa Cancanon | on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com  Llombardi06@law.du.edu |
| Matthew Christian Waldt | on behalf of Creditor Nationstar Mortgage LLC mwaldt@milsteadlaw.com  bkecf@milsteadlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Specialized Loan Servicing LLC pawb@fedphe.com |
| Thomas Song | on behalf of Creditor PHH MORTGAGE CORPORATION pawb@fedphe.com |

TOTAL: 15