**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TONY M. DITULLIO<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:17-21819<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/28/2017 and confirmed on 06/08/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 124,650.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 124,650.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 6,179.17 | |
| Trustee Fee | 5,894.66 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,073.83 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| US BANK TRUST NA - OWNER TRUSTEE F | 0.00 | 65,679.06 | 0.00 | 65,679.06 |
| Acct: 7631 | | | | |
| US BANK TRUST NA - OWNER TRUSTEE F | 72.31 | 0.00 | 0.00 | 0.00 |
| Acct: 7631 | | | | |
| BUTLER COUNTY TAX CLAIM BUREAU | 4,675.66 | 0.00 | 653.77 | 653.77 |
| Acct: 0000 | | | | |
| CLARION COUNTY TAX CLAIM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3050 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8458 | | | | |
| CLARION COUNTY TAX CLAIM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3040 | | | | |
| BUTLER COUNTY TAX CLAIM BUREAU | 1,675.96 | 0.00 | 185.51 | 185.51 |
| Acct: 0000 | | | | |
| ALLY BANK(*) | 7,066.99 | 7,066.99 | 233.77 | 7,300.76 |
| Acct: 5594 | | | | |
| BUTLER ARMCO EMPLOYEES CU* | 14,494.63 | 14,494.63 | 640.77 | 15,135.40 |
| Acct: 1210 | | | | |

| 17-21819 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| SPECIALIZED LOAN SERVICING LLC* | 12,131.75 | 12,131.75 | 797.73 | 12,929.48 |
| Acct: 0493 | | | | |
| | | | | 101,883.98 |
| **Priority** | | | | |
| LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TONY M. DITULLIO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 4,000.00 | 3,983.80 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX0-20 | | | | |
| LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXlook | | | | |
| STEIDL & STEINBERG | 2,770.00 | 695.37 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX2-21 | | | | |
| PA DEPARTMENT OF REVENUE* | 126.65 | 0.00 | 0.00 | 0.00 |
| Acct: 1210 | | | | |
| SPECIALIZED LOAN SERVICING LLC* | 10,089.49 | 10,089.49 | 0.00 | 10,089.49 |
| Acct: 0493 | | | | |
| US BANK TRUST NA - OWNER TRUSTEE E | 650.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7631 | | | | |
| RONDA J WINNECOUR PA ID #30399** | 602.70 | 602.70 | 0.00 | 602.70 |
| Acct: | | | | |
| | | | | 10,692.19 |
| **Unsecured** | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1210 | | | | |
| CAPITAL ONE BANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4675 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,229.44 | 0.00 | 0.00 | 0.00 |
| Acct: 1427 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 6,580.78 | 0.00 | 0.00 | 0.00 |
| Acct: 1673 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9798 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,800.37 | 0.00 | 0.00 | 0.00 |
| Acct: 7102 | | | | |
| DISCOVER BANK(*) | 9,281.69 | 0.00 | 0.00 | 0.00 |
| Acct: 0409 | | | | |
| ECAST SETTLEMENT CORP | 1,618.24 | 0.00 | 0.00 | 0.00 |
| Acct: 2817 | | | | |
| MIDLAND FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3038 | | | | |
| PA DEPARTMENT OF REVENUE* | 5.95 | 0.00 | 0.00 | 0.00 |
| Acct: 1210 | | | | |
| PEOPLES GAS LLC F/K/A PEOPLES TWP L | 140.73 | 0.00 | 0.00 | 0.00 |
| Acct: 5924 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2817 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MATTHEW C WALDT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTSON ANSCHUTZ SCHNEID & CRA | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-21819 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: | | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | | 112,576.17 |
|---|---|---|---|
| TOTAL CLAIMED | | | |
| PRIORITY | 11,468.84 | | |
| SECURED | 40,117.30 | | |
| UNSECURED | 21.657.20 | | |

Date: 02/25/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com